UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.F. HUTTON & CO. LLC, Plaintiff, -v- ZHIBAO TECHNOLOGY INC., Defendant. | 26-CV-4512 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on May 29, 2026, *see* ECF No. 1, and Defendants appear to have waived service on June 10, 2026, *see* ECF No. 8, meaning that their response to the Complaint is due on September 8, 2026. In view of that and the lack of an appearance by Defendant, the initial pretrial conference currently scheduled for September 1, 2026, *see* ECF No. 7, is ADJOURNED to **October 6, 2026 at 9:00 a.m.**.

Plaintiff is directed (1) to notify Defendant's attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **August 31, 2026**. If unaware of the identity of counsel for Defendant, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge